# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DANIEL MEEKS,            Case No: 8:21-cv-02876-TPB-AAS

    Plaintiff,

v.

ASSOCIATED INVESTIGATORS, INC., a
Florida for Profit Corporation, and
DAWN CASE, individually,

    Defendants.
_____/

## PLAINTIFF'S DISCLOSURE STATEMENT

Plaintiff, Daniel Meeks, hereby files the following disclosures pursuant to Local Rule 3.03:

1. Each person - including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity - that has or may have an interest in the outcome;

    Daniel Meeks, (Plaintiff)

    Steven E. Hovsepian, Esquire (Plaintiff's counsel)

    Barbas, Nunez, Sanders, Butler & Hovsepian, P.A., (Plaintiff's Law Firm)

    Associated Investigators Inc. (Defendant)

    Dawn Case; David Case, (Employer/Owners)

2. Each entity with publicly traded shares or debt potentially affected by the outcome;

None known to Plaintiff.

3. Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee;

None known to Plaintiff.

4. Each person arguably eligible for restitution.

Daniel Meeks (Plaintiff)

I hereby certify that, except as disclosed, I am unaware of any actual or potential conflict of interest affecting the District Judge and Magistrate Judge in this case, and I will immediately notify the Judge in writing within fourteen days after I know of a conflict.

Dated this 13th day of December, 2021.

                            Respectfully submitted,

                            <u>S/ Steven E. Hovsepian</u>
                            Steven E. Hovsepian
                            BARBAS, NUÑEZ, SANDERS,
                            BUTLER & HOVSEPIAN
                            Lead Counsel, Attorneys for Plaintiff
                            FL. Bar No. 0091359
                            1802 W. Cleveland Street
                            Tampa, FL 33606
                            Telephone: (813) 254-6575
                            Facsimile: (813) 254-4690
                            shovsepian@barbaslaw.com

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on this 13th day of December, 2021, I electronically filed the foregoing Disclosure Statement with the Clerk of the Court by using the CM/ECF system.

      S/ Steven E. Hovsepian
      Steven E. Hovsepian
      BARBAS, NUÑEZ, SANDERS,
      BUTLER & HOVSEPIAN
      Lead Counsel, Attorneys for Plaintiff
      FL. Bar No. 0091359
      1802 W. Cleveland Street
      Tampa, FL 33606
      Telephone: (813) 254-6575
      Facsimile: (813) 254-4690
      shovsepian@barbaslaw.com