## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA District of Florida

Case Number: 8:21-CV-02876-TPB-AAS

Plaintiff:
**DANIEL MEEKS**

vs.

Defendant:
**ASSOCIATED INVESTIGATORS, INC., ETC; ET AL**

For:
STEVEN E. HOVSEPIAN, ESQUIRE

Received by BILL ROSE on the 3rd day of February, 2022 at 3:04 pm to be served on **DAWN CASE, 90 JENNIFER CIR, PONCE INLET, FL 32127**.

I, BILL ROSE, being duly sworn, depose and say that on the **14th day of February, 2022** at **10:00 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS, COMPLAINT AND DEMAND FOR JURY TRIAL** with the date, my initials and hour of service endorsed thereon by me, to: **DAVID CASE** as **CO-OCCUPANT** at the address of: **90 JENNIFER CIR, PONCE INLET, FL 32127**, the within named person's usual place of **Work**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: WHITE, Height: 5'4", Weight: 140, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

State of Florida
County of Volusia
Subscribed and sworn to before me by means of physical presence on the 15th day of February, 2022 by the affiant who is personally known to me.

Notary Public
Print Name Lisa M Garcia

LISA M. GARCIA
MY COMMISSION # HH 147149
EXPIRES: July 23, 2025
Bonded Thru Notary Public Underwriters

**BILL ROSE**
Process Server

PREMIER PROCESS SERVICE INC.
P.O. Box 270967
Tampa, FL 33688-0967
(813) 857-7001

Our Job Serial Number: MJG-2022001111

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2h



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Middle District of Florida

Daniel Meeks, )
)
)
Plaintiff(s) )
)
v. )  Civil Action No. 8:21-cv-02876-TPB-AAS
)
Associated Investigators, Inc., a Florida for Profit )
Corporation, and Dawn Case, individually, )
)
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address) Dawn Case
2800 S. Sanford Ave.
Sanford, FL 32773

90 Jennifer Circle
Ponce Inlet, FL 32127

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven E. Hovsepian, Esquire
1802 W. Cleveland St.
Tampa, FL 33606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: December 14, 2021

CLERK OF COURT

Amanda Craig

Signature of Clerk or Deputy Clerk

Rec'd: 2·3·22 @ 3:04pm
Served: 2·14·22 @ 10:00Am
David Case

BR