IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL MEEKS,                                    Case No: 8:21-cv-02876-TPB-AAS

    Plaintiff,

v.

ASSOCIATED INVESTIGATORS, INC., a
Florida for Profit Corporation, and
DAWN CASE, individually,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

The parties, pursuant to Local Rule 3.09 and the Court's FLSA Scheduling Order, hereby notify the Court that the parties have reached an agreement to settle this matter in its entirety, subject to Court approval. Accordingly, the parties respectfully request thirty days (30) days from the date of this Notice to submit the terms of resolution for approval, which includes all claims for attorney's fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Steven E. Hovsepian* | */s/ Jesse I. Unruh* |
| **Steven E. Hovsepian, Esquire** | **Jesse I. Unruh, Esquire** |
| Florida Bar No: 091359 | Florida Bar No. 93121 |
| shovsepian@barbaslaw.com | jesse@spirelawfirm.com |
| Barbas, Nunez, Sanders, Butler & Hovsepian | Spire Law, LLC |
| 1802 W. Cleveland Street | 2572 W. State Road 426, Suite 2088 |
| Tampa, FL 33606 | Oviedo, FL 32765 |
| Telephone: 813-254-6575 | Telephone: 407-494-0135 |
| Fax: 813-254-4690 | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |

CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of October, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system, which will send notification of such filing to: Jesse I. Unruh, Esquire, jesse@spirelawfirm.com

*Steven E. Hovsepian*

**Steven E. Hovsepian, Esquire**
Florida Bar No: 091359
shovsepian@barbaslaw.com
Barbas, Nunez, Sanders, Butler & Hovsepian
1802 W. Cleveland Street
Tampa, FL 33606
Telephone: 813-254-6575
Fax: 813-254-4690
*Counsel for Plaintiff*